1  J. Noah Hagey, Esq. (SBN: 262331)
      hagey@braunhagey.com
2  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
3  San Francisco, CA 94104
   Telephone: (415) 599-0210
4  Facsimile: (415) 276-1808

5  ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY PRIDE AG COMPANY, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILD FRIENDS FOODS, INC., a Delaware Corporation, fdba WILD FRIENDS FOODS, LLC, an Oregon Limited Liability Company; KEELEY TILLOTSON, an individual; and ERIKA TRENT WELSH, an individual,<br><br>Defendants. | Case No.: 1:19-cv-01337-LJO-SKO<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT PURSUANT TO L.R. 144(a)**<br><br>**(Doc. 9)**<br><br>Complaint filed: September 20, 2019 |

Case No.: 1:19-cv-01337-LJO-SKO
JOINT STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | Pursuant to L.R. 144(a), Plaintiff Valley Pride AG Company, Inc. ("Plaintiff") and |
| 2 | Defendants Wild Friends Foods, Inc., Keeley Tillotson, and Erika Trent Welsh ("Defendants"), by |
| 3 | and through their respective attorneys of record, hereby jointly stipulate and respectfully request |
| 4 | that the Court order as follows: |

1 Pursuant to L.R. 144(a), Plaintiff Valley Pride AG Company, Inc. ("Plaintiff") and Defendants Wild Friends Foods, Inc., Keeley Tillotson, and Erika Trent Welsh ("Defendants"), by and through their respective attorneys of record, hereby jointly stipulate and respectfully request that the Court order as follows:

**WHEREAS**, on September 20, 2019, Plaintiff filed, but did not serve the Complaint;

**WHEREAS**, Plaintiff served the Complaint on Ms. Tillotson on September 25, 2019 and on Ms. Welsh and Wild Friends Foods, Inc. on September 26, 2019;

**WHEREAS**, the parties previously filed a stipulation on October 15, 2019 to extend the time for Defendants to respond to the Complaint by twenty-eight (28) days;

**WHEREAS**, pursuant to the October 15, 2019 stipulation, the last day for Defendants to respond to the Complaint is November 13, 2019;

**WHEREAS**, to conserve party and judicial resources and to facilitate ongoing settlement discussions, the parties have met and conferred and agree that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint shall be extended by an additional thirty (30) days;

**WHEREAS,** no party will be prejudiced by the granting of the stipulation;

**IT IS NOW THEREFORE STIPULATED AND AGREED** that the time within which Defendants may move, answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including December 13, 2019. Because this is the second extension of Defendants' time to answer, the parties jointly request that the Court enter an Order approving this Stipulation pursuant to L.R. 144(a).

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: November 14, 2019 | | Respectfully Submitted, |
| | | WANGER JONES HELSLEY PC |
| | | By: /s/ *Kurt F. Vote* |
| | |     (as authorized on 11/13/19) |
| | |     Kurt F. Vote |
| | | Attorneys for Plaintiff |
| | | VALLEY PRIDE AG COMPANY, INC. |
| Dated: November 14, 2019 | | Respectfully Submitted, |
| | | BRAUNHAGEY & BORDEN LLP |
| | | By: /s/ *J. Noah Hagey* |
| | |     J. Noah Hagey |
| | | Attorneys for Defendants |
| | | WILD FRIENDS FOODS, INC., fdba Wild Friends Foods, LLC; KEELEY TILLOTSON; ERIKA TRENT WELSH |

**ORDER**

Pursuant to the above-Stipulation of the parties (Doc. 9) and good cause appearing therefor, IT IS HEREBY ORDERED:

1. The Stipulation is GRANTED; and
2. The time within which Defendants shall answer or otherwise respond to the Complaint is hereby extended up to and including December 13, 2019.

IT IS SO ORDERED.

Dated: **November 14, 2019**          /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE